ACCEPTED
03-13-00802-CV
7347509
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 11:27:50 AM
JEFFREY D. KYLE
CLERK



# Law Office of Janet McCullar, P.C.

Janet McCullar Vavra
FELLOW, AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
BOARD CERTIFIED – FAMILY LAW, TEXAS BOARD OF LEGAL SPECIALIZATION

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/13/2015 11:27:50 AM

*October 13, 2015*

JEFFREY D. KYLE
Clerk

**_Via E-Filing_**
Ms. Amalia Rodriguez-Mendoza
Travis County District Clerk
1000 Guadalupe
Austin, Texas 78701

**_Via Facsimile (713) 651-5246:_**
Mr. Stewart W. Gagnon
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, Texas 77010

**_Via Facsimile (512) 482-9303:_**
Ms. Susan Vance
ADJT, PLLC
515 Congress Avenue, Suite 2350
Austin, TX 78701

Re:  No. 03-13-00802-CV; Byron David Pearson, Appellant v. Heather Pearson, Appellee, In the Third Court of Appeals, Austin, Texas.

Dear Ms. Rodriguez-Mendoza and Mr. Gagnon:

Please be advised that Janet McCullar Vavra will be out of the office on the dates listed in the current (V1, January 26, 2015) attachment of this letter. Please be aware that there may be further updates to follow.

We appreciate your consideration in scheduling hearings, discovery deadlines or other events at times that do not conflict with these dates.

Thanking you in advance,

Brent Bauer

Brent Bauer

Enclosure

cc:  Heather Pearson, via email
Richard Orsinger, via email
Stephen Orsinger, via email
David Minton, via fax (512) 479-8315
Susan Vance, via fax (512)482-9303

3200 Steck Avenue, Suite 300  |  Austin, Texas 78757
T (512) 342-9933  |  F (512) 342-9996
jmccullarlaw.com

# Law Office of Janet McCullar, P.C.
## Vacation Letter 2015

### Office will be closed:
January 1 and 2, 2015 (New Year's Day)
January 19, 2015 (Martin Luther King, Jr. Day)
February 16, 2015 (President's Day)
April 3, 2015 (Good Friday)
May 25, 2015 (Memorial Day)
July 3, 2015 (Independence Day)
September 7, 2015 (Labor Day)
November 11, 2015 (Veteran's Day)
November 25, 26 and 27, 2015 (Thanksgiving)
December 21 - 31, 2015 (Christmas Holiday)

### Janet McCullar's days out of the office
January 1, 2 and 19, 2015
February 5, 6, 9, 13, 16 and 17, 2015
April 3, 8, 9, 10, 15, 16 and 17, 2015
May 25, 2015
July 3, 13-27 and 30-31, 2015
August 3-6, 2015
September 7-11, 2015
October 14 -16, 28 - 30, 2015
November 4 -6, 11, 13 and 23 - 27, 2015
December 21 - 31, 2015

### Rebecca Menduni Kennedy's days out of the office
January 1, 2, and 19, 2015
February 16, 2015
April 3, 2015
May 25, 2015
July 3 and 14-21, 2015
August 3-6, 2015
September 7, 2015
November 11 and 23 - 27, 2015
December 21 - 31, 2015

# Law Office of Janet McCullar, P.C.
## Vacation Letter 2015

### Stephen M. Orsinger's days out of the office

January 1, 2, and 19, 2015
February 16, 2015
April 3, 2015
May 25, 2015
July 3 and 6, 2015
August 3-6, 2015
Septmember 7, 2015
November 11 and 23 - 27, 2015
December 21 - 31, 2015